UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INFINITY ROOFING & SIDING, INC.,

    Plaintiff,                                      Hon. Sally J. Berens

v.                                               Case No. 1:21-cv-889

ALLSTATE INSURANCE COMPANY,

    Defendants.
_____/

**ORDER**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 51) is **GRANTED**, and Plaintiff's Complaint is **dismissed with prejudice**.

This case is **concluded.**

Dated: February 1, 2023                                     /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                   U.S. Magistrate Judge